

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-30043-01 |
|---|---|---|
| VERSUS | * | JUDGE JAMES |
| DAVID THOMPSON | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, David Thompson, and adjudges him guilty of the offense charged in Count One of the indictment against him.

THUS DONE AND SIGNED this _11_ day of _June_, 2008, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE